1  GEORGE A. RILEY (S.B. #118304)
   griley@omm.com
2  DAVID R. EBERHART (S.B. #195474)
   deberhart@omm.com
3  DAVID J. SEPANIK (S.B. #221527)
   dsepanik@omm.com
4  WHITNEY E. MCCOLLUM
   wmccollum@omm.com
5  O'MELVENY & MYERS LLP
   Two Embarcadero Center, 28th Floor
6  San Francisco, CA  94111-3823
   Telephone:    (415) 984-8700
7  Facsimile:    (415) 984-8701

8  Attorneys for Defendant
   Apple Inc.
9

10                 UNITED STATES DISTRICT COURT

11                NORTHERN DISTRICT OF CALIFORNIA

12                    SAN FRANCISCO DIVISION

13  Don Rubin,                          Case No.  CV 09 2607 PJH

14              Plaintiff,              **JOINT STIPULATED REQUEST TO
                                        CONTINUE CASE MANAGEMENT
15       v.                             CONFERENCE** AND ORDER

16  Apple Inc.,                         **(LOCAL RULE 16-2(e))**

17              Defendant.

18

## **STIPULATION**

Plaintiff Don Rubin and Defendant Apple Inc. (collectively, the "Parties") hereby stipulate as follows:

1. The initial Case Management Conference is currently scheduled for September 17, 2009, with a Joint Case Management Statement due September 8, 2009.  (Docket No. 12.)
2. On August 5, 2009, Apple filed a motion to dismiss the complaint.  (Docket No. 14.)
3. The hearing on Apple's motion to dismiss is set for September 16, 2009.
4. The Court's ruling on Apple's motion to dismiss may have a significant impact on the case and, in particular, on the subjects to be addressed at the initial Case Management Conference and in the Joint Case Management Statement.
5. In light of the foregoing, it is the Parties' view that a continuance of the Case Management Conference date and Joint Case Management Statement filing date until after the Court issues a ruling on Apple's motion to dismiss would (a) conserve the resources of the Court and the Parties and (b) contribute to a more effective initial Case Management Conference.
6. Such a continuance would have little or no effect on the overall schedule of the case.

THEREFORE, pursuant to this Court's Order Setting Case Management Conference and Civil Local Rules 7-12 and 16-2, the Parties hereby jointly request that:

1. The initial Case Management Conference be continued to a new date to be set by the Court following the Court's ruling on Apple's motion to dismiss.
2. The Joint Case Management Statement shall be filed no later than seven days before the continued date of the initial Case Management Conference.

- 1 -

JOINT STIPULATION AND [PROPOSED]
ORDER CONTINUING CMC
CV 09 2607 PJH

| | | |
|---|---|---|
| Dated: August 14, 2009 | | GEORGE A. RILEY<br>DAVID R. EBERHART<br>DAVID J. SEPANIK<br>WHITNEY E. MCCOLLUM<br>O'MELVENY & MYERS LLP |

By: /s/ *David R. Eberhart*
      David R. Eberhart
Attorneys for Defendant
Apple Inc.

Dated: August 14, 2009

THOMAS A. COHEN
LAW OFFICES OF THOMAS A. COHEN

By: /s/ *Thomas A. Cohen*
      Thomas A. Cohen
Attorneys for Plaintiff
Don Rubin

## ORDER [P~~roposed~~]

Pursuant to stipulation, IT IS SO ORDERED.  The case management conference is continued to October 29, 2009.

SIGNED on the  17th  day of  August , 2009.

_____
The Honorable Phyllis J. Hamilton
Judge, United States District Court
for the Northern District of California

*IT IS SO ORDERED*
Judge Phyllis J. Hamilton

- 2 -

JOINT STIPULATION AND [PROPOSED]
ORDER CONTINUING CMC
CV 09 2607 PJH