UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

DON RUBIN,

    Plaintiff,

    v.

APPLE, INC.,

    Defendant.
_____/

No. C 09-2607 PJH

**ORDER DENYING MOTION TO DISMISS**

    Before the court is the motion of defendant Apple, Inc. ("Apple") to dismiss the complaint in the above-entitled copyright infringement case. Having read the parties' papers and carefully considered their arguments and the relevant legal authority, and good cause appearing, the court hereby DENIES the motion.

    Apple argues that the complaint should be dismissed because plaintiff does not own the copyright(s) at issue. Apple also contends that the complaint is barred by collateral estoppel, based on an order in favor of a different defendant in another copyright infringement case filed by the same plaintiff.

    The court finds that dismissal for failure to state a claim is not appropriate at this stage of the litigation, in view of the factual disputes regarding ownership and reversion and also in view of the amount of evidence that Apple has submitted in support of its motion.

    With regard to Apple's alternative request for bifurcation of discovery (raised in its reply brief), the court prefers to defer any decision until after the parties have met and

1  conferred, and submitted their joint case management conference statement, and have
2  appeared at the September 17, 2009 initial case management conference.
3       The date for the hearing on the motion to dismiss, previously set for Wednesday,
4  September 16, 2009, is VACATED.

6  **IT IS SO ORDERED.**
7  Dated: September 8, 2009

8  _____
   PHYLLIS J. HAMILTON
   United States District Judge