GEORGE A. RILEY (S.B. #118304)
griley@omm.com
DAVID R. EBERHART (S.B. #195474)
deberhart@omm.com
DAVID J. SEPANIK (S.B. #221527)
dsepanik@omm.com
WHITNEY E. MCCOLLUM
wmccollum@omm.com
O'MELVENY & MYERS LLP
Two Embarcadero Center, 28th Floor
San Francisco, CA  94111-3823
Telephone:   (415) 984-8700
Facsimile:   (415) 984-8701

Attorneys for Defendant
Apple Inc.

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

| | |
|---|---|
| Don Rubin,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>Apple Inc., Quetouch.com, and Cancerian-9 Co., Ltd.,<br><br>　　　　　　　Defendants. | Case No.  CV 09 2607 PJH<br><br>**STIPULATION AND [PROPOSED] ORDER EXTENDING MEDIATION DATE TO JUNE 14, 2010**<br><br>**(LOCAL RULE 7-12, ADR LOCAL RULE 6-5)** |

**STIPULATION**

This stipulation is entered by and through plaintiff Don Rubin and defendant Apple Inc. through their respective undersigned counsel, with reference to the following facts:

1) On November 3, 2009, the Court issued the Case Management and Pretrial Order referring this case to mediation to be completed by March 15, 2010.  (Docket No. 37.)

2) Thereafter, but also on November 3, 2009, plaintiff Rubin filed an Amended Complaint adding defendants Cancerian-9 Co., Ltd. and Quetouch.com, the creators and owners of the ParkingLot software application at issue in this case.  (Docket No. 38.)

3) On December 7, 2009, the Court appointed Dana Curtis as the mediator for this case.  (Docket No. 43.)

4) Ms. Curtis scheduled a pre-mediation telephone conference with the parties for January 12, 2010, at 9:30 a.m.

5) As of January 12, 2010, neither defendant Quetouch.com nor defendant Cancerian-9 had been served or had appeared in this action.

6) On January 12, 2010, plaintiff Rubin and defendant Apple participated in the pre-mediation telephone conference with Ms. Curtis.  Defendants Quetouch.com and Cancerian-9 did not participate.

7) Plaintiff Rubin and defendant Apple agree that the participation in the mediation by Quetouch.com and Cancerian-9 is essential for there to be any reasonable likelihood of a resolution of the case.  In order to enable the participation of defendants Quetouch.com and Cancerian-9, plaintiff Rubin and defendant Apple agree that it is appropriate to continue the mediation completion deadline by 90 days.  Plaintiff Rubin and defendant Apple do not anticipate that this extension would have any effect on the overall schedule of the case.

NOW, THEREFORE, PURSUANT TO CIVIL LOCAL RULE 7-12 AND ADR LOCAL RULE 6-5 IT IS HEREBY AGREED AND STIPULATED that:

1) The deadline for the parties to complete mediation will be continued for 90 days to June 14, 2010.

| | | |
|---|---|---|
| 1 | Dated: January 15, 2010 | GEORGE A. RILEY |
| 2 | | DAVID R. EBERHART |
| | | DAVID J. SEPANIK |
| 3 | | WHITNEY E. MCCOLLUM |
| | | O'MELVENY & MYERS LLP |

By: /s/ David R. Eberhart
David R. Eberhart
Attorneys for Defendant
Apple Inc.

Dated: January __15___, 2010

THOMAS A. COHEN
LAW OFFICES OF THOMAS A. COHEN

By: /s/ Thomas A. Cohen
Thomas A. Cohen
Attorneys for Plaintiff
Don Rubin

**ORDER [Proposed]**

Pursuant to stipulation, IT IS SO ORDERED.

SIGNED on the ___26th___ day of ___January_____, 2010.

_____
The Honorable Phyllis J. Hamilton
Judge, United States District Court
for the Northern District of California

IT IS SO ORDERED
Judge Phyllis J. Hamilton

- 3 -

JOINT STIPULATION AND [PROPOSED]
ORDER CONTINUING MEDIATION
CV 09 2607 PJH