UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

DON RUBIN,

       Plaintiff,

    v.

APPLE, INC., et al.,

       Defendants.
_____/

No. C 09-2607 PJH

**ORDER OF REFERENCE
TO MAGISTRATE JUDGE**

Pursuant to Local Rule 72-1, this matter is referred to a Magistrate Judge for a report and recommendation on plaintiff's motion for default judgment as to defendants Quetouch.com and Cancerian-9.

The parties will be advised of the date, time and place of any appearance by notice from the assigned Magistrate Judge.

**IT IS SO ORDERED.**

Dated: April 1, 2010

                                            _____
                                            PHYLLIS J. HAMILTON
                                            United States District Judge

cc: Wings, Assigned M/J