UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

DON RUBIN,

    Plaintiff,

    v.

APPLE, INC., et al.,

    Defendants.

_____/

No. C 09-02607 PJH

**JUDGMENT**

This matter having been fully considered, and the court having dismissed defendant Apple, Inc. pursuant to stipulation, and the court having granted the motion of plaintiff Don Rubin for default judgment as to defendants Quetouch.come and Cancerian-9,

    It is Ordered and Adjudged

    that defendant Apple, Inc. be dismissed from the action,

    that damages be awarded against defendants Quetouch.com and Cancerian-9 in the amount of $224,758.85, and that plaintiff be awarded costs in the amount of $454.79,

    and that the action be dismissed.

Dated: September 28, 2010

_____
PHYLLIS J. HAMILTON
United States District Judge